## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

Richmond   **Division**

In re  H & S Global Performance, LLC

Debtor(s)                          Case No.  17-33492-KLP

Chapter   7

## ORDER OF DISMISSAL
## FOR FAILURE TO TIMELY FILE LISTS, SCHEDULES AND STATEMENTS

The above debtor(s) having failed to timely file required lists, schedules and statements within time periods as set forth in Local Rule 1007-1; it is, therefore

**ORDERED**, pursuant to Local Rule 1007-1, that the above case be dismissed; and it is further

*[If appropriate]*     **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ _____0.00_____ to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The trustee need not file a final report in this case unless property or money was administered.


                                        WILLIAM C. REDDEN
                                        Clerk of Court

Date:  August 01, 2017_____          By  /s/ James Cummings_____
                                                 Deputy Clerk

                                        NOTICE OF JUDGMENT OR ORDER
                                        ENTERED ON DOCKET:

                                        August 01, 2017_____

[odisflss ver. 12/09]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 17-33492-KLP
H & S Global Performance, LLC                                            Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: cummingsj          Page 1 of 1          Date Rcvd: Aug 01, 2017
                             Form ID: pdford6          Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2017.
db               H & S Global Performance, LLC,    3450 Runny Meade Dr.,   Richmond, VA  23222
desig          +Adrena Starnes,   3518 1st Avenue,   Richmond, VA 23222-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Aug 02 2017 02:41:26      UST smg Richmond,
                  Office of the U. S. Trustee,   701 East Broad St., Suite 4304,   Richmond, VA 23219-1849
                                                                                 TOTAL: 1


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2017 at the address(es) listed below:
          Ashvin Pandurangi   on behalf of Debtor   H & S Global Performance, LLC ashvinp228@gmail.com
          Bruce E. Robinson    bruce.robinsontr@gmail.com,
           therese.rogerstra@gmail.com;brobinson@IQ7Technology.com;brobinson@ecf.epiqsystems.com
          Jason Scott Murphy    on behalf of Creditor   Lendinghome Marketplace, LLC
           Jmurphy@sterneisenberg.com,   vaecf@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                 TOTAL: 3